**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| KATHLEEN MCCAFFERY<br><br>v.<br><br>**CREATIVE HAIRDRESSERS, INC.** d/b/a Hair Cuttery, and **RATNER COMPANIES, L.C.**, d/b/a Hair Cuttery | **CIVIL ACTION**<br><br>**NO. 18-5050** |
|---|---|

# ORDER

**AND NOW**, this 13th day of January, 2020, upon consideration of Defendants' Motion for Summary Judgment (ECF 10), Plaintiff's response (ECF 13), Defendants' reply (ECF 14), Plaintiffs' surreply (ECF 15), and oral argument, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**.

                                        **BY THE COURT:**

                                        /s/ Michael M. Baylson
                                        **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-5050 McCaffery v Creative Hairdressers\18cv5050 SJ Order.docx